No. 86–5550. IN RE DIXON. Petition for writ of habeas corpus denied.

No. 86–5451. IN RE THAPER. Petition for writ of mandamus denied.

No. 86–356. IN RE TRACEY. Petition for writ of prohibition denied.

No. 86–133. NOLLAN ET UX. *v.* CALIFORNIA COASTAL COMMISSION. Appeal from Ct. App. Cal., 2d App. Dist. Probable jurisdiction noted.

No. 85–2068. RANKIN ET AL. *v.* MCPHERSON. C. A. 5th Cir. Certiorari granted.

No. 86–270. SAN FRANCISCO ARTS & ATHLETICS, INC., ET AL. *v.* UNITED STATES OLYMPIC COMMITTEE ET AL. C. A. 9th Cir. Certiorari granted.

No. 86–337. BURLINGTON NORTHERN RAILROAD CO. *v.* OKLAHOMA TAX COMMISSION ET AL. C. A. 10th Cir. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 85–6918. HOOKS ET AL. *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 85–7161. BRADLEY *v.* MASSEY, SUPERINTENDENT, UNION CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.